IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CR-75-1BO

FILED IN OPEN COURT
ON __5/30/2017__
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| ERIC JAVON THOMPSON | : |
| a/k/a GIGO | : |

## ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement entered into by the defendant on November 9, 2016, the following property is hereby forfeitable pursuant to 18 U.S.C. §§ 981(a)(1)(C) or 2428(a):

Personal Property

a. LG cellular phone, serial number 405CQTZ0227652;

b. ZTE cellular phone, serial number 322441451662;

C. Alcatel flip cellular phone, serial number 013513000914538;

d. Samsung S5 cellular phone, R38F60JCY2N;

e. T-Mobile cellular phone, G9E7ND9340803967;

f. Motorola XT55C cellular phone, serial number N38Q5Q3M2C;

g. LG cellular phone, serial number 405CQBD0241741;

h. My Passport external hard drive, serial number WXA1E42LXP71;

i. Samsung Galaxy S6 cellular phone, IMEI number 359358061222112; and

1

j.   Thumb drives.

AND WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

AND WHEREAS, in accordance with Supplemental Rule G(4)(i)(A), the Government is not required to publish notice, as the property forfeited is worth less than $1,000 and no other potential claimants being known, no direct notice need be provided;

It is hereby ORDERED, ADJUDGED and DECREED:

1.   That based upon the agreement contained in the Memorandum of Plea Agreement as to the defendant ERIC JAVON THOMPSON and other evidence of record, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3) & (c). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2.   That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable

section of the Judgment, as required by Fed. R. Crim. P.
32.2(b)(4)(B).

SO ORDERED. This **30** day of **May**, 2017.

_Terrence Boyle_
TERRENCE W. BOYLE
United States District Judge